SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-Mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID C. BAILEY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case Nos.  CR 06-0777 DLJ <br>             CR 07-0779 CW <br><br> [PROPOSED] ORDER GRANTING <br> REQUEST TO CONSOLIDATE <br> MATTERS FOR CHANGE OF PLEA |

For the reasons set forth in the Joint Notice Of Related Case In A Criminal Action And Joint Request To Consolidate Matters For Change Of Plea, and good cause appearing therefo,r

**IT IS HEREBY ORDERED** that Case Nos. CR 06-0777 DLJ and CR 07-0779 CW are related pursuant to Criminal Local Rule 8-1(a) and the matters are assigned to United States District Judge D. Lowell Jensen. The matter in Case No. CR 07-0779 CW is set for January 11, 2008 at 9:00 a.m. for change of plea.

DATED: December __, 2007,

                                                    _____
                                                    D. LOWELL JENSEN
                                                    United States District Judge