**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

Ronald V. Dellums Federal Building          *(510) 637-3680*

---

1301 Clay Street, Suite 340S
Oakland, California 94612-5217          *FAX (510) 637-3724*

January 10, 2008

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California  94612

    Re:    United States v. David C. Bailey, CR 07-0779 DLJ

Your Honor:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set before your Honor on the Criminal Calendar at 10:00 a.m. on January 11, 2008.  The defendant is to appear before The Honorable D. Lowell Jensen for Change of Plea hearing at 11:00 am this same date.

    Very Truly Yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    _____/s/_____
    H. H. (Shashi) KEWALRAMANI
    Assistant United States Attorney