FILED

JAN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Case Number | CR-06-00777-01-DLJ<br>CR-07-00779-01-DLJ  Related Cases |
| Defendant's Name | DAVID C. BAILEY |
| Defendant's Counsel | Ruben Munoz |
| Due Date | 4/4/08 AT 10AM |

_1_ / Courtroom        Floor _4th_

## NOTICE TO DEFENSE COUNSEL

**The Court has directed that a:**

| | |
|---|---|
| __XX__ | Presentence Investigation |
| _____ | Bail Investigation |
| _____ | Bail Supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

✓cc to Counsel
✓cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone , Deputy Clerk

Dated: 1/11/08

## US PROBATION OFFICE

Is defendant in custody?   Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____