11AM
YC
E-FILING CASE
INT.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
JAN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 1/11/08

Case No: CR -07-00779-DLJ RELATED     Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN     Clerk: Frances Stone

Defendant(s):     Defense Counsel:

DAVID BAILEY     Present? Y   In Custody? Y   RUBEN MUNOZ

US Attorney: SHASHI KEWALRAMANI     Interpreter: VIETNAMESE  HONG HA     US Probation Officer:

Reason for Hearing:     Ruling:

CHANGE OF PLEA     — HELD
GUILTY PLEA TO COUNT 12 OF THE INDICTMENT.
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED

Notes: GOV MO TO DISMISS REMAINING CT.1 DEFERRED TO SENTENCING DATE.

Case continued to: 4/4/08 AT 10AM for SENTENCING

Case continued to: _____ for _____
Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: ___ Begins: ___ Ends: ___

CC: PROBATION