UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/4/08

**Clerk:** Frances Stone
**Court Reporter:** Not Held-Not Reported

**Plaintiff:** United States

**v.**                                                                                                  **No.** CR-07-00779-DLJ
                                                                                                              **(related to CR-06-00777-DLJ)**
**Defendant:** David Bailey [in custody; Vietnamese Interpreter]

**Appearances for AUSA:**

**Appearances for Defendant:**

**Interpreter:** Hearing Not Held

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SENTENCING                            -NOT HELD

**Notes:**  Clerk spoke to Defendant Attorney and next date for this case is 4/11/08 at 10:00AM
             for Sentencing. AUSA Office informed of new sentencing date.

**Case Continued to**              for

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for           Trial

**Excludable Delay: Category: Begins:**          **Ends:**