10 AM
YG
E-FILING CASE

INT.

[RELATED TO CR-06-00777-DLJ]  10³¹ - 10⁴³ AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**

APR 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 4/11/08

Case No: CR -07-0779-DLJ          Judge: D. Lowell Je...

Reporter: RAINEE MERCADO          Clerk: Frances Stone

| Defendant(s): | | | | Defense Counsel: |
|---|---|---|---|---|
| DAVID BAILEY | Present? Y | In Custody? Y | | RUBEN MUNOZ |
| | Present? | In Custody? | | |
| | Present? | In Custody? | | |
| | Present? | In Custody? | | |
| | Present? | In Custody? | | |
| | Present? | In Custody? | | |
| | Present? | In Custody? | | |

US Attorney:              Interpreter: VIETNAMESE      US Probation Officer:
SHASHI KEWALRAMANI       HONG HA                     CONNIE COOK

Reason for Hearing:                          Ruling:

SENTENCING                                   HELD

COUNT 12 - THE SENTENCE IS THE SAME AS IN CT 1 OF CR06-0777-
WHICH IS 151 MONTHS CUSTODY IN THE BUREAU OF PRISONS, TO RUN
CONCURRENT TO THE SENTENCE IN CT. 1 OF CR-06-0777. THE TERM AND
CONDITIONS OF SUPERVISED RELEASE ARE THE SAME AS IN COUNT 1 OF

Notes: CR-06-0777- WHICH IS 5 YEARS SUPERVISED RELEASE, TO
RUN CONCURRENT TO SUPERVISED RELEASE IN CT 1 OF CR06-0777.
A $100 ASSESSMENT (AS TO CR-07-0779) IS DUE IMMEDIATELY.

Case continued to: _____ for DEF WAIVES RIGHT TO APPEAL.

Case continued to: _____ for TOTAL ASSESSMENT AMOUNT FOR

Case continued to: _____ for CASES CR06-0777 AND CR07-0779
Motions to be filed by _____ Opposition due IS $200.00.

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category _____ Begins: _____ Ends: _____