UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **DAVID CHARLES BAILEY,** <br> Defendant. | Case No.: CR 06-777, 07-779 YGR <br><br> **ORDER DENYING MOTION FOR STAY** <br><br> Re: Dkt. No. 64 |

The Government's Motion for Stay is **DENIED** for failure to demonstrate that such stay is warranted. *See Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007); *Yong v. I.N.S.*, 208 F.3d 1116, 1120 (9th Cir. 2000) (noting that special considerations implicated by habeas proceedings place unique limits on discretionary stays); *see also* Order, *Jacob v. United States*, Case No. 15-73302 (9th Cir. Aug. 1, 2016) (Dkt. No. 39) (lifting stay and finding petitioner could proceed based on a *prima facie* showing under *Johnson v. United States*, 135 S. Ct. 2551 (2015), which has a retroactive effect in cases on collateral review per *Welch v. United States*, 136 S. Ct. 1257, 1264–68 (2016)); Order, *Gardner v. United States*, Case No. 15-72559 (9th Cir. Aug. 1, 2016) (Dkt. No. 42) (same).

This Order terminates Docket No. 64.

**IT IS SO ORDERED**.

Date: August 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**